AO 468 (1/86) Waiver of Preliminary Examination or Hearing

# United States District Court

DISTRICT OF

UNITED STATES OF AMERICA

V.

Alvin Murray

**WAIVER OF PRELIMINARY EXAMINATION OR HEARING (Rule 5 or 32.1, Fed. R. Crim. P.)**

Case Number: 1:08MJ103M

I, Alvin Murray, charged in a (complaint) (petition) pending in this District with bank robbery in violation of Title 18, U.S.C., 2113(a), and having appeared before this Court and been advised of my rights as required by Rule 5 or Rule 32.1, Fed. R. Crim. P., including my right to have a preliminary (examination) (hearing), do hereby waive (give up) my right to a preliminary (examination) (hearing).

Alvin Murray
*Defendant*

7/21/08
*Date*

[signature]
*Counsel for Defendant*