IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

UNITED STATES OF AMERICA )
) CR.NO CR 08 73ML
V. ) In Violation of
) 18 U.S.C. § 2113(a)
ALVIN MURRAY )

FILED
AUG 13 2008
U.S. DISTRICT COURT
DISTRICT OF RHODE ISLAND

INDICTMENT

COUNT I

The Grand Jury Charges:

On or about June 9, 2008, in the District of Rhode Island, the Defendant ALVIN MURRAY, by intimidation, did knowingly take from the person and presence of another money, namely approximately $10,750 (ten thousand seven hundred fifty dollars), belonging to and in the care, custody, control, management, and possession of Sovereign Bank, a bank whose deposits were then insured by the Federal Deposit Insurance Corporation.

All in violation of 18 U.S.C. §2113(a).

A TRUE BILL

REDACTED

ROBERT CLARK CORRENTE
United States Attorney

ZECHARIAH CHAFEE
Assistant U.S. Attorney

STEPHEN G. DAMBRUCH
Chief, Criminal Division

DATE FILED: 8/13/08